ENTERED
AUG 17 2004
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

FILED
AUG 17 2004
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>DAVID OREN, INC. a California corporation<br><br>　　　　　　Debtor(s)<br><br>DAVID OREN, INC., a California corporation<br><br>　　　　　　Plaintiff(s)<br>vs.<br><br>ARAMIS ORO DESIGN, INC.<br><br>　　　　　　Defendant(s) | CHAPTER 11<br><br>CASE NO. 03-36707 AA<br><br>ADV. NO. 04-01271 AA<br><br>ORDER DISMISSING ADVERSARY PROCEEDING FOR WANT OF PROSECUTION<br><br>Date:　JULY 14, 2004<br>Time:　10:30 a.m.<br>Place:　COURTROOM "1375" |

The Complaint to avoid preferential transfer came on for a hearing on July 14, 2004 at 10:30 a.m. Counsel for Plaintiff did not appear at the above reference hearing and did not comply with Local Bankruptcy Rule 9013-1(1)(p).

IT IS THEREFORE ORDERED that the complaint is hereby DISMISSED pursuant to Local Bankruptcy Rule 7016-1(7).

Dated: August 17, 2004

_____
ALAN M. AHART
U.S. Bankruptcy Judge



## CERTIFICATE OF MAILING

I hereby certify that the within Order was sent by me to the parties in interest on <u>August 17, 2004</u>.

OFFICE OF THE UNITED STATES TRUSTEE
ERNST & YOUNG PLAZA
725 S. FIGUEROA ST., 26TH FLR.
LOS ANGELES, CA 90017

PHILIP D DAPEER
5670 WILSHIRE BLVD., STE. 1470
LOS ANGELES, CA. 90036-5614

ARAMIS ORO DESIGN, INC.
712 SOUTH OLIVE ST., STE 520
LOS ANGELES, CA. 90014

DAVID OREN, INC.
1944 LIVONIA AVE
LOS ANGELES, CA. 90034

DATE: August 17, 2004

JON D. CERETTO
U.S. Bankruptcy Clerk of Court
By _____
Deputy Clerk